VERNON McALLISTER, Respondent, v. CHARLES J. PHELPS and BERTHA A. CUTTING, Appellants.— Order affirmed, without costs of this appeal to either party. Memorandum: We find that in making the order appealed from the Special Term did not exceed the bounds of proper discretion. (Civ. Prac. Act, § 181; Rules

Civ. Prac. rule 156.) All concur. (The order denies on terms defendants' motion to dismiss the complaint, in an automobile negligence action.) Present — Crosby, P. J., Cunningham, Taylor, Dowling and Harris, JJ.